IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| **JAMES KALBFLESH**     Petitioner <br><br> v. <br><br> **UNITED STATES OF AMERICA**     Respondent | * <br> * <br> * <br> *     **CIVIL NO. JKB-16-2626** <br> *     **CRIMINAL NO. JKB-13-0083** <br> * |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## **MEMORANDUM AND ORDER**

Now pending before the Court is the Petitioner's MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE PURSUANT TO 28 U.S.C. § 2255 (ECF No. 258). The Court has carefully considered the Motion as well as the Government's Response (ECF No. 260) and relevant portions of the record in this case. The undersigned presided during the trial of this case.

The Motion is DENIED. The Government's Response together with defense counsel's Affidavit (ECF No. 260-2) thoroughly and adequately explains the various tactical choices made by defense counsel in his vigorous defense of the Petitioner. Further there is no credible evidence that defense counsel failed to adequately prepare for trial.

Accordingly, and for the reasons set out at length in the Government's Response (ECF No. 260), the Motion is DENIED. On the record before it, the Court expressly finds that the Petitioner was not deprived of the effective assistance of counsel. *See Strickland v. Washington*, 466 U.S. 668 (1984).

A certificate of appealability may issue only if the defendant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. §2253(c)(2). *See also Slack v. McDaniel*, 529 U.S. 473, 484 (2000). In order to satisfy §2253(c), a defendant must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong. *Miller-El v. Cockrell*, 537 U.S. 322, 336-38 (2003) (citing *Slack*, 529 U.S. at 484). Defendant has failed to meet the standard for a certificate of appealability. Therefore, it is DENIED.

DATED this 19th day of October, 2016.

BY THE COURT:

_____/s/_____
James K. Bredar
United States District Judge